PER CURIAM.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Rule 52(a), Ala. R. Civ. P.; Ala.Code 1975, § 10-10-7 and § 30-5-7; Ex parte Fann, 810 So.2d 631, 636 (Ala.2001); Whitten v. Whitten, 592 So.2d 183, 186 (Ala.1991); T.L.H. v. R.A.R., 977 So.2d 482, 489 (Ala.Civ.App.2007); Floyd v. Abercrombie, 816 So.2d 1051, 1057 (Ala.Civ.App.2001); Jordan v. Jordan, 688 So.2d 839, 842 (Ala.Civ.App.1997); Derie v. Derie, 689 So.2d 142, 144 (Ala.Civ.App. 1996); Thompson v. Thompson, 650 So.2d 928, 931 (Ala.Civ.App.1994); and Blackwell v. Blackwell, 340 So.2d 448, 449 (Ala.Civ.App.1976).
The appellant’s request for an award of attorney fees on appeal is denied.
PITTMAN, BRYAN, and THOMAS, JJ., concur.
THOMPSON, P.J., dissents, with writing.
MOORE, J., recuses himself.